# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| INTERFOREST CORPORATION AND BROADSPIRE, | : No. 173 MAL 2015 |
| | : |
| | : |
| Petitioners | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| WORKERS' COMPENSATION APPEAL BOARD (PHILLIPS), | : |
| | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 21st day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.